



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS OF THE FEDERAL
CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00062** |
| v. | * | SECTION: **SECT. T MAG. 1** |
| **TONY BRUMFIELD** **KIANNA SCOTT** | * | VIOLATIONS: 21 U.S.C. § 846 |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(A) |
| | | 21 U.S.C. § 841(b)(1)(B) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(8) |
| | | 18 U.S.C. § 924(c) |
| * | * | * |

The Grand Jury charges that:

## COUNT 1
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

Beginning at a time unknown and continuing to on or about September 6, 2022, in the Eastern District of Louisiana, the defendants, **TONY BRUMFIELD** and **KIANNA SCOTT**, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), fifty (50) grams

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

or more of a mixture and substance containing a detectable amount of methamphetamine, and a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Possession with Intent to Distribute Controlled Substances)

On or about September 3, 2022, in the Eastern District of Louisiana, the defendants, **TONY BRUMFIELD** and **KIANNA SCOTT**, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT 3
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 3, 2022, in the Eastern District of Louisiana, the defendant, **TONY BRUMFIELD**, did knowingly possess firearms, to wit: a Glock Model 26, 9mm semiautomatic handgun, bearing serial no. HFU873, a Century International Arms Inc. Model Zastava M70AB2, bearing serial no. M70AB21544, an ABC Rifle Company Model 15, Multi 5.56 Rifle, bearing serial no. 77-6879, and a Smith and Wesson Model SW40VE, .40 caliber semiautomatic handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Conspiracy to Distribute and Possess with Intent to Distribute controlled substances

as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT 4
### (Felon in Possession of Firearms)

On or about September 3, 2022, in the Eastern District of Louisiana, the defendant, **TONY BRUMFIELD**, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 24, 2005, in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Case Number 03-5661 "B," for simple burglary, in violation of La.R.S. 14:62; a conviction on August 17, 2005, in the United States District Court in the Eastern District of Louisiana, Case Number 04-368 "A," for felon in possession of ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); a conviction on October 15, 2007, in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Case Number 06-2669 "F," for possession with intent to distribute cocaine, in violation of La.R.S. 40:967(A); a conviction on June 21, 2010 in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Case Numbers 10-0406 "P" and 10-17863 "P," for possession with intent to distribute marijuana and aggravated flight from an officer, in violation of La.R.S. 40:967(A) and 14:108.1; and a conviction in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Case Number 15-0864 "B," for possession with intent to distribute methamphetamine, felon in possession of a firearm, and possession of alprazolam, in violation of La.R.S. 40:967(A), 14:95.1, and 40:967(c), did knowingly possess firearms, to wit: a Glock Model 26, 9mm semiautomatic handgun, bearing serial no. HFU873, a Century International Arms Inc. Model Zastava M70AB2, bearing serial no. M70AB21544, an ABC Rifle Company Model 15, Multi 5.56 Rifle, bearing serial no. 77-6879, and a Smith and Wesson Model SW40VE, .40 caliber

semiautomatic handgun, said firearms having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1.  The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.  As a result of the offenses alleged in Counts 1 and 2, the defendants, **TONY BRUMFIELD** and **KIANNA SCOTT**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained directly or indirectly, as the result of said offenses, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of said offenses, including but not limited to:

    $48,592.00 in United States currency.

3.  As a result of the offenses alleged in Counts 3 and 4, the defendant, **TONY BRUMFIELD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

    Glock Model 26, 9mm semiautomatic handgun, bearing serial number HFU873;

    Century International Arms Inc., Model Zastava, AK-47 rifle, bearing serial number M70AB21544;

    ABC Rifle Company Model 15, Multi 5.56 Rifle, bearing serial number 77-6879;

    Smith and Wesson Model SW40VE, .40 caliber semiautomatic handgun, with unknown serial number.

4. If any of the above-described property, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

LYNN E. SCHIFFMAN
Assistant United States Attorney
Bar Roll No. 31960


New Orleans, Louisiana
April 14, 2023

FORM OBD-34

No. ___

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**TONY BRUMFIELD**
**KIANNA SCOTT**

## INDICTMENT

### INDICTMENT FOR VIOLATIONS OF THE CONTROLLED SUBSTANCES ACT

**VIOLATIONS:** 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 841(b)(1)(B), 21 U.S.C. § 841(b)(1)(C), 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(8), 18 U.S.C. § 924(c)

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
Lynn E. Schiffman
Assistant United States Attorney